No. 11-14-00341-CR

TRIAL COURT CAUSE No. CR42226

ANTHONY DON JACKSON

-VS-

THE STATE OF TEXAS

§
§
§
§

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

PETITIONER'S MOTION TO SUSPEND RULE 9.3 (b) TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS AT AUSTIN, TEXAS:

COMES NOW, ANTHONY DON JACKSON, TDCJ-ID # 1955206, AND REQUEST THAT THE COURT SUSPEND RULE 9.3 (b) IN THE ABOVE STYLED CAUSE PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE. RULE 2 STATES AS FOLLOWS: ON A PARTY'S MOTION OR ON ITS OWN INITIATIVE AN APPELLATE COURT MAY EXPEDITE A DECISION OR FOR OTHER GOOD CAUSE SUSPEND A RULES OPERATION IN A PARTICULAR CASE AND ORDER A DIFFERENT PROCEDURE, BUT A COURT MUST NOT CONSTRUE THIS RULE TO SUSPEND ANY PROVISION IN THE CODE OF CRIMINAL PROCEDURE OR TO ALTER THE TIME FOR PERFECTING AN APPEAL. PETITIONER REQUEST SUSPENSION OF RULE 9.3 (b) BECAUSE OF THE FOLLOWING REASON: (i) THE PETITIONER DOES NOT HAVE ACCESS TO A COPY MACHINE ON THE DALHART UNIT.

1.

PRAYER FOR RELIEF

PETITIONER RESPECTFULLY PRAYS THIS COURT GRANT HIS MOTION TO SUSPEND RULE 9.3(b) TEXAS RULE OF APPELLATE PROCEDURE.

RESPECTFULLY SUBMITTED

Nov 1, 2015 ANTHONY D JACKSON
ANTHONY DON JACKSON
TDCJ-ID # 1955206
DALHART UNIT
11950 FM. 998
DALHART, TEXAS 79022

2.